IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**
APR 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BENYEHUDAH WHITFIELD, )
Plaintiff, )
)
) No. 08 C 50027
V. )
) 50027
)
DENISE A. MCCAFFREY, et al., )
Defendants. )

## PLAINTIFF'S MOTION TO STRIKE

NOW COMES the Plaintiff, BENYEHUDAH WHITFIELD, pro se, and in support states the following:

1. On March 30, 2008, the plaintiff submitted to the Court a "...Consolidated Motion for Voluntary Dismissal and to Withdraw IFP Application."

2. The plaintiff requested that he be allowed to voluntary dismiss his claim because he is not being provided with adequate material(s) (paper, envelopes) to properly pursue this matter.

3. After giving more careful thought regarding this matter the plaintiff has reconsidered his voluntary dismissal of this matter and has decided to continue to pursue this matter.

4. If the plaintiff is unable to obtain the materials he needs, and this matter is dismissed as a result, he will simply file a claim against the IDOC (Pontiac Correctional Center) officials for denying him adequate access to the Court.

Furthermore, the plaintiff will continue to make sincere efforts to obtain the materials he needs from other inmates, although doing so is a violation of Department rules, and will use the reverse side of previously used paper to draft documents, as he is using the reverse side of previously used paper to draft this motion.

5. The plaintiff has also enclosed with this motion his "Notice of Compliance" to the Court's March 18, 2008 Order (directing plaintiff to show cause why this matter should not be dismissed under *res judicata*.

6. The plaintiff also includes with this motion his request for the Court to consider his IFP application.

7. The plaintiff also includes with this motion a duplicate copy of this motion which also contains his original signature, and not a copy of his signature on this original copy.

8. The plaintiff sincerely appologizes if this motion to strike and/or his reconsideration to continue his pursuit of this matter results in any inconvenience on the Court, or the Clerk of the Court.

WHEREFORE, for the foregoing reasons, it is prayed that this Court will grant this motion.

DATE: April 17, 2008

Respectfully submitted

BenYeHudah Whitfield

BENYEHUDAH WHITFIELD
IDOC # N74277
700 West Lincoln Street
P.O. Box 99
Pontiac, Illinois 61764