IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

BENYEHUDAH WHITFIELD, )
Plaintiff, )
)   No. 08 C 50028
v. )
)
)
DENISE A. MCCAFFREY, et al.,)
Defendants. )

FILED
APR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO RECONSIDER AND VACATE ORDER GRANTING PLAINTIFF'S PREVIOUS MOTION FOR VOLUNTARY DISMISSAL

NOW COMES the plaintiff, BENYEHUDAH WHITFIELD, Pro se, and in support states the following:

1. On March 30, 2008, plaintiff submitted to the Court a "... Motion for Voluntary Dismissal and to Withdraw IFP Application// with leave to refile at a later date." Id., ¶.4 (italics not in original). The reason for moving for voluntary dismissal was his inability to pursue this matter due to the officials of Pontiac Correctional Center ("Pontiac") refusal to provide him with the

scribing materials needed to properly pursue this matter. *Id.*, p. 1-2.

2. On April 17, 2008, plaintiff submitted to the Court a "...Motion to Strike" his motion for voluntary dismissal.[1] He explained that he would use the reverse side(s) of paper previously used for other matters to draft documents he needs to file with the Court regarding this matter. And, if his complaint wounded up being dismissed as the result of his inability to properly pursue this matter (due to inadequate scribing material) he would simply file a complaint against the officials of Pontiac. *Id.* p. 2.

3. On April 18, 2008, 1 day after filing his motion to strike, plaintiff received this Court's April 14, 2008 Order denying the request to withdraw his IFP application, but granting the request for voluntary dismissal.

4. Had the plaintiff had the paper to move to strike his motion for voluntary dismissal in a more expedient manner he would have done so.

5. Because the Court has denied plaintiff's motion/request

---

[1] Plaintiff included with his Motion to Strike his Notice of Compliance to the Court's March 18, 2008 Order (to show cause why his Complaint should not be dismissed under *res judicata*.

to withdraw his application to proceed IFP, yet granted the motion for voluntary dismissal, he is being prejudiced, since he will have to pay another filing fee for refiling his complaint (after this latest dismissal).

6. Plaintiff sincerely apologizes for any inconvenience(s) which might result from the Court's reconsideration to vacate its order and assures the Court that his motives are in no way intended to frustrate the judicial process.

7. Because plaintiff had no other paper on which he could draft this document, he is using (again) previously used paper (on the reverse side(s)) to draft this document. However, he includes a duplicate copy and will sign both the original and the duplicate copy.

WHEREFORE, it is prayed the Court will vacate its April 14, 2008 Order and reinstate his complaint.

DATE: April 21, 2008

Respectfully submitted

BenYeHudah Whitfield

BenYeHudah Whitfield
IDOC # N74277
700 West Lincoln Street
P.O. Box 99
Pontiac, Illinois 61764

Case 3:08-cv-50027 Document 10 Filed 04/24/2008 Page 4 of 4

BenYeHudah Whitfield - N74277
700 West Lincoln Street
P. O. BOX 99
Pontiac, IL. 61764



$00.58°
APR 22 2008
MAILED FROM ZIP CODE 61764

THIS CORRESPONDENCE IS FROM AN INMATE OF THE ILLINOIS DEPARTMENT OF CORRECTIONS

**LEGAL MAIL ONLY**